STATE OF CONNECTICUT *v.* VINCENT GRIFFIN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 169 (AC 25687), is denied.

*Annacarina Del Mastro,* senior assistant public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided October 10, 2006

STATE OF CONNECTICUT *v.* DAMEISHA MOORE

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 243 (AC 25696), is denied.

*Todd A. Bussert,* in support of the petition.

*Proloy K. Das,* assistant state's attorney, in opposition.

Decided October 10, 2006

THE BANK OF NEW YORK, TRUSTEE *v.* NATIONAL FUNDING ET AL.

The petition by the defendant Mostafa Reyad for certification for appeal from the Appellate Court, 97 Conn. App. 133 (AC 26195), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mostafa Reyad,* pro se, in support of the petition.

*Geoffrey K. Milne,* in opposition.

Decided October 10, 2006